# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136738(61)

RODNEY MCCORMICK,
       Plaintiff-Appellant,

v

LARRY CARRIER,
       Defendant,
and

ALLIED AUTOMOTIVE GROUP, INC.,
indemnitor of GENERAL MOTORS
CORPORATION,
       Defendant-Appellee.
_____

SC: 136738
COA: 275888
Genesee CC: 06-083549-NI

      On order of the Chief Justice, the motion by John A. Braden for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2009

_____
Clerk